IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:10-cr-00027-SPM-AK

WILLY PAUL EDOUARD,

    Defendant.

_____/

## **O R D E R**

This matter came before the Court for initial appearance on an indictment charging Defendant with two counts: conspiracy to cause forced labor (Count 1) and conspiracy to fraudulently procure immigration documents (Count 4). Defendant first appeared before the Court in Miami, Florida and was released on bond and under standard conditions, including home confinement. The government and counsel for Defendant agreed to his release on these same terms and conditions.

Accordingly, it is

**ORDERED AND ADJUDGED:**

1. That Defendant is released on the same terms and conditions imposed by the United States District Court in the Southern District of Florida.

2. That this matter is set for trial before Chief Judge Stephan P. Mickle on October 25, 2010, at 8:30 a.m. **Any issues regarding rescheduling of this trial should be directed to Chief Judge Mickle.**

**DONE AND ORDERED** this __7th__ day of September, 2010

                *s/Maurice M. Paul*
                Maurice M. Paul, Senior District Judge