IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE# 1:10CR00027-SPM

vs.

CARLINE CENEUS,
CABIOCH BONTEMPS, and
WILLY PAUL EDOUARD
_____/

## GOVERNMENT'S NOTICE OF INTENT TO PRESENT A SECOND SUPERSEDEING INDICTMENT AND REQUEST FOR THE COURT TO TEMPORARILY SUSPEND THE TIMELINE TO FILE MOTIONS

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and United States Department of Justice Trial Attorneys, and file this notice of intent to supersede the existing indictment and request that this Court temporarily suspend the timeline to file motions. The United States would rely on the following:

1. Defendants Carline Ceneus, Cabioch Bontemps, and Willy Paul Edward are charged together in a multi-count indictment filed June 22, 2010. (*ECF No. 1*). A superseding indictment was filed in this cause on October 19, 2010. (*ECF No. 56*).

2. On November 17, 2011, this Court set a trial date of February 13, 2012. (*ECF No. 68*). On December 28, 2011, this Court directed all parties to file motions to dismiss by January 6, 2012, and all defense pretrial motions by January 9, 2012, with the Government having an additional 6 days to respond. (*ECF No. 177*).

3. The United States hereby gives notice of its intention to submit this case to a Grand Jury for the Northern District of Florida for a second superseding indictment by January 31, 2012. It is anticipated that the second superseding indictment may resolve some pretrial legal

issues and may affect the length of the trial. In the interest of judicial economy and in good faith, the United States files this notice of its intention to supersede the existing indictment.

4. On January 5, 2012, AUSA Frank Williams informed defense counsels of the United States' intention to supersede the current indictment and attempted to have counsels agree to a joint extension for time to file motions and a continuance of the trial date. Defense counsels were unable to agree on a unified position.

5. On Friday, January 7, 2012, defendants Edouard and Bontemps hand-delivered and emailed, respectively, their Motions to Dismiss with Prejudice. As of this filing, neither defendant Edouard nor Bontemps has electronically filed their motion to dismiss, as required by Rule 5.1 of the Local Rules for the United States District Court, Northern District of Florida. N.D. Fla. Loc. R. 5.1.

WHEREFORE, the government respectfully requests, in light of the United States' intention to file a second superseding indictment by the end of January, 2012, this Court temporarily suspend the filing deadlines until after the United States has the opportunity to present a second superseding indictment to the grand jury at the end of January, 2012.

Respectfully Submitted,

| | |
|---|---|
| PAMELA C. MARSH<br>United States Attorney | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ F. T. Williams*<br>F. T. WILLIAMS<br>Assistant United States Attorney<br>Northern District of Florida<br>Florida Bar No. 936219<br>300 E University Ave, Suite 310<br>Gainesville, FL 32601<br>(352) 378-0996 | */s/ Adriana Vieco*<br>ADRIANA VIECO<br>Trial Attorney, Civil Rights Division<br>Criminal Section<br>U.S. Department of Justice<br>New York Bar No. 2687036<br>601 D Street NW, Room 5542<br>Washington, DC 20530<br>(202) 305-4116 |

                                                     _/s/ Roy Conn III_  
                                                     ROY CONN III  
                                                     Trial Attorney, Civil Rights Division  
                                                     Criminal Section  
                                                     U.S. Department of Justice  
                                                     District of Columbia No. 388208  
                                                     601 D Street NW, Room 5528  
                                                     Washington, DC   20530  
                                                     (202) 514-4164  

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic delivery this 9th day of January, 2012, to Lloyd L. Vipperman, Jr., Attorney for Defendant Carline Ceneus; Huntley Johnson, Attorney for Defendant Willy Paul Edouard; and Darren J. Johnson, Assistant Federal Public Defender, Attorney for Defendant Cabioch Bontemps.

                                                   _/s/ Adriana Vieco_  
                                                   ADRIANA VIECO  
                                                   Trial Attorney, Civil Rights Division