IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:10cr27/SPM/GRY

vs.

CARLINE CENEUS
    a/k/a "Carline Bontemps,"
CABIOCH BONTEMPS,
and
WILLY PAUL EDOUARD
_____/

## MOTION OF DEFENDANT CARLINE CENEUS TO ADOPT CO-DEFENDANT'S MOTION

COMES NOW Defendant, CARLINE CENEUS, by and through undersigned counsel, and requests this Court's permission to adopt the following motion:

1. Defendant Edouard's Motion to Suppress (Doc. # 186).

filed on behalf of Co-Defendant WILLY PAUL EDOUARD. The purpose for allowing the adoption is to avoid duplicitous motions and for the sake of judicial economy. This request is made in good faith and not for the purposes of unnecessary delay or harassment.

WHEREFORE, Defendant CARLINE CENEUS respectfully requests the entry of an Order granting permission to adopt the above-mentioned motions filed on behalf of the Co-Defendant.

RESPECTFULLY submitted this 9th day of January, 2012.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed with CM/ECF which will provide a copy to Adriana Vieco, U.S. Department of Justice, 601 D Street NW, Room 5542, Washington D.C., 20530, Frank Williams, Office of the US Attorney, 300 E. University Ave., Suite 310, Gainesville, FL 32601, Huntley Johnson, 226 S.W. 2nd St. Gainesville, FL 32601, and Darren Johnson, Federal Public Defender's Office, 101 SE 2nd Pl., Gainesville, FL 32601 this 9th day of January, 2012.

/s/ *Lloyd L. Vipperman, Jr.*
_____
Lloyd L. Vipperman, Jr.
Attorney for Defendant
FL Bar # 0285609
P.O. Box 2133
Gainesville, FL 32602
(352) 377-3454
Fax: (352) 379-2976