IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

CASE# 1:10CR00027-SPM

vs.

CARLINE CENEUS,
CABIOCH BONTEMPS, and
WILLY PAUL EDOUARD
_____/

**GOVERNMENT'S MOTION TO DISMISS
THE SUPERSEDING INDICTMENT
WITH LEAVE FROM THE COURT**

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney and United States Department of Justice Trial Attorneys, and moves this Court for leave to dismiss the superseding indictment pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure. The government requests said dismissal in the interest of justice based on the currently available admissible evidence.

WHEREFORE, the government respectfully moves the Court for leave to dismiss the superseding indictment.

Respectfully Submitted,

| | |
|---|---|
| PAMELA C. MARSH<br>United States Attorney | THOMAS E. PEREZ<br>Assistant Attorney General<br>Civil Rights Division |
| */s/ F. T. Williams*<br>F. T. WILLIAMS<br>Assistant United States Attorney<br>Northern District of Florida<br>Florida Bar No. 936219<br>300 E University Ave, Suite 310<br>Gainesville, FL 32601<br>(352) 378-0996 | */s/ Adriana Vieco*<br>ADRIANA VIECO<br>Trial Attorney, Civil Rights Division<br>Criminal Section<br>U.S. Department of Justice<br>New York Bar No. 2687036<br>601 D Street NW, Room 5542<br>Washington, DC  20530<br>(202) 305-4116 |
| | */s/ Roy Conn III*<br>ROY CONN III<br>Trial Attorney, Civil Rights Division<br>Criminal Section<br>U.S. Department of Justice<br>District of Columbia No. 388208<br>601 D Street NW, Room 5528<br>Washington, DC  20530<br>(202) 514-4164 |

CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by electronic delivery this 24th day of January, 2012, to Lloyd L. Vipperman, Jr., Attorney for Defendant Carline Ceneus; Huntley Johnson, Attorney for Defendant Willy Paul Edouard; and Darren J. Johnson, Assistant Federal Public Defender, Attorney for Defendant Cabioch Bontemps.

                                        */s/ Adriana Vieco*
                                        ADRIANA VIECO
                                        Trial Attorney, Civil Rights Division