IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

CASE NO.: 1:10CR00027-SPM

vs.

CARLINE CENEUS,
CABIOCH BONTEMPS, and
WILLY PAUL EDOUARD

      Defendant.
_____/

## MOTION FOR RETURN OF PASSPORT

COMES NOW the Defendant, WILLY PAUL EDOUARD, by and through Undersigned Counsel, and does hereby respectfully request this Honorable Court to enter an Order directing Pretrial Services to return his passport and as grounds therefore would state:

1. Defendant surrendered his passport as a condition of his Pretrial Release in the above captioned case.

2. An Order of Dismissal was entered in the above captioned case on January 25th, 2012. (Doc. #265).

WHEREBY, the Defendant prays that this Honorable Court enter an Order directing Pretrial Services to return his passport.

                                        Respectfully submitted,
                                        JOHNSON & OSTERYOUNG, P.A.

                                        /s/ Huntley Johnson
                                        Florida Bar No.: 209627
                                        Post Office Box 1322
                                        Gainesville, FL  32602
                                        (352) 372-6947
                                        Attorney for Defendant

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed with CM/ECF which will provide a copy to Adriana Vieco, U.S. Department of Justice, Frank Williams, Office of the U.S. Attorney and Darren Johnson, Federal Public Defender this 25th day of January, 2012.

                                        JOHNSON & OSTERYOUNG, P.A.
                                        /s/ Huntley Johnson